UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>ERNEST WILLIAM SINGLETON,<br><br>    Defendant. | CRIMINAL NO. 5:13-08-KKC-REW<br><br><br>**OPINION & ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant's motion for return of seized property. (DE 367). For the following reasons, Defendant's motion is GRANTED in part and DENIED in part.

## I. Background

Defendant was indicted in January 2013 on various charges arising out of his operation of pain clinics. (DE 1). The original indictment, as well as superseding indictments (DE 43; DE 73), contained numerous forfeiture allegations. Defendant was convicted of certain charges in June 2013. (DE 201).

In his current motion, Singleton asks this Court to order the return of seized property, which he claims was not subject to forfeiture proceedings or deemed to be contraband. (DE 367). The United States responded to Defendant's motion (DE 370), and Defendant requested two extensions of time in which to file his reply to the United States' response. (DE 372; DE 381).

An opinion and order of this Court entered May 5, 2016, granted Defendant thirty days following the date he regained access to his case file to submit his reply. (DE 385). That order also permitted the United States to retrieve unredacted discovery materials that had been

provided to Defendant and asked the United States to deliver to Defendant a redacted version of his case file. (DE 385).

On May 27, 2016, the United States filed notice with the Court that discovery and trial exhibits from Singleton's case had been delivered to him and that the new materials excluded patient and employment files. (DE 388). The United States said that it could not locate one of the requested files and that it had informed Singleton of its inability to find that file. (DE 388).

In various filings since the government's notice in May, Singleton has disputed the completeness of his case file. On August 3, 2016, the United States notified this Court that it had provided Singleton with additional patient/medical records pursuant to his request. (DE 396). Since then, Defendant has not made any arguments to the Court as to the completeness of his case file.

From the record, it appears that Singleton's access to his case file was restored at the beginning of August. He has missed the deadline to file his reply for his motion for return of seized property. Thus, the Court will review the merits of his request in light of the arguments he made in his original motion and the arguments the government made in its response.

## II. Analysis

With his motion, Defendant requests the return of his property that is still within the control of the government that has not been subject to forfeiture proceedings and that is not contraband. (DE 367). In its response, the United States listed the forfeited property. The United States also listed some of Singleton's non-forfeited personal property that "may be returned upon the showing that Singleton has provided authority for such person(s) to take custody of such items[.]" Those items are:

- Kodak C633 camera
- Samsung video camera and case
- Apple i-Pad 16G computer
- USB digital music player
- Tax records
- Scales
- Miscellaneous records
- Mail matter
- Appointment logs/scheduling records
- Lawsuit documents
- Banking documents and records
- Insurance records
- Business records and receipts
- Vehicle records
- Farm, vet, cattle purchase records and receipts
- Various media storage items
- Photographs
- Property records

Accordingly, Singleton's motion (DE 367) is GRANTED in part and DENIED in part. To the extent Singleton seeks return of property forfeited by the government, the motion is DENIED. To the extent Singleton requests return of non-forfeited personal property, the motion is GRANTED. Singleton must designate a party or parties to retrieve the items from the government.

Dated November 4, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY